UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MALOTT,

    Plaintiff,                                          Case No. 19-cv-12254
                                                    Hon. Matthew F. Leitman

v.

JODI D'ANGELO, *et al.*,

    Defendants.

_____/

## ORDER (1) CONSTRUING PLAINTIFF'S LETTER (ECF #8) AS A MOTION TO DISMISS COMPLAINT, (2) GRANTING MOTION TO DISMISS, AND (3) DISMISSING COMPLAINT WITHOUT PREJUDICE

On July 31, 2019, Plaintiff Michael Malott filed this prisoner civil-rights action against Defendants Jodi D'Angelo and Janine Guastella. (*See* Compl., ECF #1.) On August 21, 2019, Malott filed a letter with the Court in which he says that he does not "want to pursue [this action] right now." (Letter, ECF #8 at Pg. ID 26.) Malott therefore asks the Court to "send [the lawsuit] back to him" and to "not file it." (*Id.*)

The Court construes Malott's August 21 letter as a motion to dismiss his Complaint. For the reasons stated in the August 21 letter, the Court **GRANTS** Malott's motion and **DISMISSES** Malott's Complaint **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: August 22, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 22, 2019, by electronic means and/or ordinary mail.

                                                              s/Holly A. Monda  
                                                              Case Manager  
                                                              (810) 341-9764